LAW OFFICES OF LINH T. NGUYEN
Linh T. Nguyen (SBN 198751)
*linh@nguyenatlaw.com*
8841 Williamson Drive, Suite 80
Elk Grove, California 95624-1800
Telephone: (916) 686-6600
Facsimile:  (916) 550-9509

Attorneys for Plaintiff JOSE ARANDA


SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
*ngeannacopulos@seyfarth.com*
Ari Hersher (SBN 260321)
*ahersher@seyfarth.com*
Pamela L. Vartabedian (SBN 251133)
*pvartabedian@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
AMERICAN PASTEURIZATION COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARANDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN PASTEURIZATION COMPANY, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-02242-WBS-AC<br><br>**STIPULATION TO DISMISS PLAINTIFF'S FOURTH AND FIFTH CAUSES OF ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:  February 18, 2016 |

Plaintiff Jose Aranda ("Plaintiff") and Defendant American Pasteurization Company, LLC ("APC") (collectively "the Parties") by and through their respective counsel hereby stipulate and agree as follows:

WHEREAS, Plaintiff's Complaint was filed on February 18, 2016, alleging five causes of action for: (1) Wrongful Termination in Violation of Public Policy; (2) Retaliation in Violation of Labor Code § 6310; (3) Retaliation in Violation of Labor Code § 1102.5; (4) Failure to Provide Records in Violation of Labor Code § 1198.5; and (5) Failure to Provide Records in Violation of Labor Code § 226.

WHEREAS, on September 21, 2016, the action was removed to the United States District Court for the Eastern District of California and was assigned Case No. 2:16-cv-02242-WBS-AC.

WHEREAS, the Parties agree that Plaintiff shall dismiss with prejudice his Fourth and Fifth Causes of Action for: (1) Failure to Provide Records in Violation of Labor Code § 1198.5; and (2) Failure to Provide Records in Violation of Labor Code § 226.  Each party shall bear its own fees and costs in connection with these claims.

**IT IS SO STIPULATED.**

DATED:  February 14, 2017    LAW OFFICES OF LINH T. NGUYEN

By: */s/ Linh T. Nguyen* [*as authorized on 2/8/2017*]
    Linh T. Nguyen

Attorneys for Plaintiff
JOSE ARANDA

DATED:  February 14, 2017    SEYFARTH SHAW LLP

By:  */s/ Pamela L. Vartabedian*
    Nick C. Geannacopulos
    Ari Hersher
    Pamela L. Vartabedian
    Attorneys for Defendant
AMERICAN PASTEURIZATION COMPANY, LLC

## ATTESTATION PURSUANT TO LOCAL RULE 131

Pursuant to Local Rule 131, I, Pamela Vartabedian, hereby attest that the content of this document is acceptable to Linh T. Nguyen, Counsel for Plaintiff Jose Aranda, and that I have obtained Mr. Nguyen's authorization to affix his electronic signature to this document.

Executed this 14th day of February 2017 in San Francisco, CA.

/s/ Pamela L. Vartabedian_____
Pamela L. Vartabedian

## ORDER

Pursuant to the Parties' stipulation and good cause appearing therefore, the Court dismisses the above-referenced claims in accordance with the Parties' stipulation.

**IT IS SO ORDERED.**

Dated:  February 15, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE