LAW OFFICES OF LINH T. NGUYEN
Linh T. Nguyen (SBN 198751)
*linh@nguyenatlaw.com*
8841 Williamson Drive, Suite 80
Elk Grove, California 95624-1800
Telephone: (916) 686-6600
Facsimile:  (916) 550-9509

Attorneys for Plaintiff JOSE ARANDA

SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
*ngeannacopulos@seyfarth.com*
Ari Hersher (SBN 260321)
*ahersher@seyfarth.com*
Pamela L. Vartabedian (SBN 251133)
*pvartabedian@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
AMERICAN PASTEURIZATION COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARANDA, | Case No. 2:16-cv-02242-WBS-AC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER** |
| vs. | |
| AMERICAN PASTEURIZATION COMPANY, LLC; and DOES 1 through 100, inclusive, | Complaint filed: February 18, 2016 |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rules 240 and 270, and the Court's Pretrial Scheduling Order, Plaintiff Jose Aranda and Defendant American Pasteurization Company ("Defendant" or "APC") (collectively the "Parties") hereby submit this Stipulation and [Proposed] Order to Modify the Pretrial Scheduling Order. The Parties request that the Court modify the Pretrial Scheduling Order and continue the expert witness disclosure dates by five (5) months as set forth below.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION,** through their counsel of record, as follows:

1. WHEREAS, on January 24, 2017, this Court issued a Pretrial Scheduling Order (the "Scheduling Order") in this matter.

2. WHEREAS, pursuant to the Scheduling Order, the deadline for expert witness disclosures is July 28, 2017, and the deadline for rebuttal expert witness disclosures is August 31, 2017.

3. WHEREAS, the Parties' deadline to file and serve motions is November 20, 2017.

4. WHEREAS, the Parties anticipate mediating this case in the summer of 2017, and agree that mediation may resolve some or all of the claims at issue in this case.

5. WHEREAS, if mediation is unsuccessful in resolving the case in its entirety, Defendant intends to file a dispositive motion on or before the November 20, 2017 deadline, which may dispose of the case or narrow the issues to be addressed at trial.

6. WHEREAS, both parties wish to avoid the incurrence of expert witness fees and costs (or rebuttal witness fees and costs), as well as associated written discovery, depositions, and meet and confer efforts, if some or all of the case may be disposed of via settlement or other means.

7. WHEREAS, the Parties have met and conferred, and now agree that it is in the best interest of economic and judicial efficiency to continue the expert witness disclosure dates by five (5) months, until after mediation can be completed and summary judgment can be decided.

8. WHEREAS, the Parties further agree that good cause exists to continue the expert witness disclosure deadlines, as a continuance is needed to prevent the expenditure of time and resources on experts that may not be needed for trial.

**NOW THEREFORE**, the Parties hereto stipulate and agree that the Court may enter an Order continuing the July 28, 2017 and August 31, 2017 expert witness disclosure deadlines as follows:

    Initial expert disclosure:    December 22, 2017

    Rebuttal expert disclosure:    January 22, 2018

    Expert discovery cut-off:    February 19, 2018

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


DATED:  February 16, 2017    LAW OFFICES OF LINH T. NGUYEN


By: */s/ Linh T. Nguyen* [*as authorized on 2/16/2017*]
    Linh T. Nguyen

Attorneys for Plaintiff
JOSE ARANDA

DATED:  February 16, 2017    SEYFARTH SHAW LLP


By:   */s/ Pamela L. Vartabedian*
    Nick C. Geannacopulos
    Ari Hersher
    Pamela L. Vartabedian

Attorneys for Defendant
AMERICAN PASTEURIZATION COMPANY, LLC

**ATTESTATION PURSUANT TO LOCAL RULE 131**

Pursuant to Local Rule 131, I, Pamela Vartabedian, hereby attest that the content of this document is acceptable to Linh T. Nguyen, Counsel for Plaintiff Jose Aranda, and that I have obtained Mr. Nguyen's authorization to affix his electronic signature to this document.

Executed this 16th day of February 2017 in San Francisco, CA.

/s/ ***Pamela L. Vartabedian***
    Pamela L. Vartabedian

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The expert witness disclosure deadlines will be continued as follows:

    Initial expert disclosure:    December 22, 2017

    Rebuttal expert disclosure:    January 22, 2018

    Expert discovery cut-off:    February 19, 2018

Dated:  February 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE