UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARANDA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICAN PASTEURIZATION COMPANY; et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-2242 WBS AC<br><br><br>ORDER |

　　　The parties' stipulation to modify the scheduling order placed the expert discovery cut-off after the date of the January 29, 2018 Final Pretrial Conference. See ECF No. 10. The order approving this stipulation (ECF No. 11) will accordingly be vacated. Any replacement stipulation shall not place discovery dates (including expert dates) after the date of the Final Pretrial Conference. Any request to change the date of the Final Pretrial Conference, or the trial date, shall be submitted in accordance with the Status (Pretrial Scheduling) Order, ECF No. 7.

　　　Accordingly, IT IS HEREBY ORDERED that the Stipulation and Order dated February 22, 2017 (ECF No. 11), is VACATED.

DATED: February 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE